**96–1935.  Green v. Toledo Hosp.**

Lucas App. No. L–96–133. Reported at 77 Ohio St.3d 1493, 673 N.E.2d 149. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

RESNICK, J., not participating.

**96–1988.  State v. Hopfer.**

Montgomery App. No. 15345. Reported at 77 Ohio St.3d 1488, 673 N.E.2d 146. On motion for reconsideration. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**96–2005.  Wayne Mut. Ins. Co. v. Mills.**

Wayne App. No. 95CA0083. Reported at 77 Ohio St.3d 1494, 673 N.E.2d 149. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**96–2055.  Nationwide Mut. Ins. Co. v. Finkley.**

Summit App. No. 17544. Reported at 77 Ohio St.3d 1494, 673 N.E.2d 149. On motion for reconsideration. Motion denied.

RESNICK, J., dissents.

COOK, J., not participating.